OPINION — AG — ** PUBLIC TRUST — HORSE RACING — COUNTY ** (1) 3A O.S. 205.6[3A-205.6] WOULD ONLY PROHIBIT A COUNTY PUBLIC TRUST FROM FINANCING PARI MUTUEL HORSE RACING FACILITIES PURSUANT TO 62 O.S. OF THE OKLAHOMA STATUTES WHICH INCLUDES THE LOCAL INDUSTRIES DEVELOPMENT ACT. 62 O.S. 651 [62-651] ET SEQ. 62 O.S. 205.6[62-205.6] DOES 'NOT' PRECLUDE SUCH FINANCING UNDER 60 O.S. 176 [60-176] (2) THE OPERATION OF A PARI MUTUEL HORSE RACING FACILITY BY A COUNTY PUBLIC TRUST IS AN AUTHORIZED AND PROPER PUBLIC FUNCTION UNDER 60 O.S. 176 [60-176](A) IF THE FACILITY IS CONDUCTED IN CONJUNCTION WITH COUNTY FAIRS CREATED PURSUANT TO 2 O.S. 208.2 [2-208.2] (3) NOTWITHSTANDING THE PROVISIONS OF 60 O.S. 180.56 [60-180.56] A PUBLIC TRUST MAY FINANCE A PARI MUTUEL HORSE RACING FACILITY IF NO AGREEMENT FOR LAND, FINANCING OR OPERATION OF SUCH FACILITY WILL BE ENTERED INTO BY THE TRUST WITH A PRIVATE ENTITY. (REVENUE BONDS, RACETRACK, INDUSTRIAL DEVELOPMENT, FREE FAIR, AGREEMENTS) CITE: 62 O.S. 651 [62-651], 62 O.S. 654 [62-654], 60 O.S. 176 [60-176], 3A O.S. 205.6[3A-205.6](G), 2 O.S. 157.1 [2-157.1], 2 O.S. 157.3 [2-157.3], 3A O.S. 208.2 [3A-208.2], 60 O.S. 176 [60-176](A), 60 O.S. 180.56 [60-180.56] (THOMAS L. SPENCER)